# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ROSALES,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>FRED FIGUEROA, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 11-10088-JEM<br><br>**J U D G M E N T** |

　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 10, 2013

　　　　　　　　　　　　　　　　　　　　*/s/ John E. McDermott*
　　　　　　　　　　　　　　　　　　　　JOHN E. MCDERMOTT
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE